**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 241 MAL 2014
                               :
               Respondent         :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
               v.                     :
                               :
                               :
ROGELIO ZALDIVAR PENA,         :
                               :
               Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.